**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 615 MAL 2017
                   : 
           Respondent    : 
                   :    Petition for Allowance of Appeal from
                   :    the Order of the Superior Court
          v.           : 
                   : 
                   : 
JULIO ELIEZER ORTIZ, SR.,           : 
                   : 
          Petitioner    : 

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.